IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Conner, Bencasey

Printed: 7/15/08

Case Number:  06 B 12028
Judge:  Wedoff, Eugene R
Filed:  9/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 29, 2008
Confirmed: November 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,187.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 220.56 |
| Administrative: |  | 1,853.00 |
| Trustee Fee: |  | 113.94 |
| Other Funds: |  | 0.00 |
| Totals: | 2,187.50 | 2,187.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,853.00 | 1,853.00 |
| 2. | Illinois Dept of Revenue | Priority | 1,999.17 | 220.56 |
| 3. | Portfolio Recovery Associates | Unsecured | 225.28 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 56.86 | 0.00 |
| 5. | Internal Revenue Service | Priority |  | No Claim Filed |
| 6. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 7. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 8. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 9. | Nationwide Credit Service | Unsecured |  | No Claim Filed |
| 10. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | Nationwide Credit Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,134.31 | $ 2,073.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 33.60 |
| 5.4% | 80.34 |
|  | $ 113.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Conner, Bencasey | Case Number:  06 B 12028 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  9/23/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

